UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Michael S. Dahl, David Scott
Huber, individually and on behalf
of all others similarly situated,

      Plaintiffs,                   Civil No. 05-2207 (RHK/AJB)

vs.                               **DISQUALIFICATION AND
                                       ORDER FOR REASSIGNMENT**

R.J. Reynolds Tobacco Company,
R.J. Reynolds Tobacco Holdings,
Inc.,

      Defendants.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated February 10, 2003, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: September 27, 2005

                                                s/Richard H. Kyle
                                                RICHARD H. KYLE
                                                United States District Judge